JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL CRUZ JIMENEZ,<br>Petitioner,<br>v.<br>MARKWAY MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-05902-MBK<br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: October 16, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE